IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 10-076ML |
| vs. ) | |
| ) | |
| JOHN A. ZAMBARANO ) | |

## ORDER OF FORFEITURE

The parties having entered into a Consent Decree for Forfeiture requiring the defendant, JOHN A. ZAMBARANO., to forfeit $46,000 to the United States of America in the form of a money judgment, for which he is jointly and severally liable, and Fed. R. Crim. P. 32.2(c)(1) providing that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment"; it is hereby

## ORDERED, ADJUDGED and DECREED

1. that the defendant, JOHN A. ZAMBARANO, shall forfeit $46,000.00 to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)(1);

2. that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order;

3. that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

4. that the United States of America may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $46,000, for which the defendant is jointly and severally liable, to satisfy this money judgment

in whole or in part.

Ordered this 17th day of May, 2011.

ENTER:

*Mary M. Lisi*
MARY M. LISI
CHIEF JUDGE
UNITED STATES DISTRICT COURT


Presented By:

*John P. McAdams*
JOHN P. MCADAMS
Assistant U.S. Attorney

*Thomas Briody*
THOMAS G. BRIODY, ESQ.
Counsel for the Defendant